

In The
Court of Appeals
Seventh District of Texas at Amarillo

No. 07-23-00406-CV

KELVIN D. REID, APPELLANT

V.

ORLANDO ALSTON, APPELLEE

On Appeal from the County Court at Law No. 1
Bell County, Texas
Trial Court No. 23CCV00998, Honorable Paul A. Motz, Presiding

March 11, 2024

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Kelvin D. Reid, appeals from the trial court's *Order of Dismissal*.[1] Reid's brief was due February 5, 2024, but was not filed. By letter of February 15, 2024, we notified Reid that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by February 26. To date, Reid has neither filed a brief nor had any further communication with this Court.

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam